# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**MIRANDA BAINES-THOMAS, on behalf of herself and all others similarly situated,**

    **Plaintiff,**

    v.

**INTOUCH CREDIT UNION,**

    **Defendant.**

_____/

Civil Action No. 4:23-cv-00591-ALM-KPJ

## STIPULATION OF JUDGMENT

Plaintiff, MIRANDA BAINES-THOMAS, and Defendant, INTOUCH CREDIT UNION, hereby jointly move and stipulate that a Take Nothing Judgment on all claims between the parties is appropriate.

1. The Parties jointly agree and stipulate that there is no cognizable claim of liability or cause of action asserted by Plaintiff. Plaintiff formally acknowledges and stipulates that a Take Nothing Judgment is appropriate as to all her pleaded claims.

2. The Parties jointly agree and further stipulate that Defendant retains no cognizable claim or cause of action considering Plaintiff's stipulation of no liability or recovery. Defendant, therefore, also formally acknowledges and stipulates that a Take Nothing Judgment is appropriate in this cause as to all pleaded claims or controversies.

3. The Parties jointly agree and further stipulate that no class was certified in this cause on any claim or cause of action under any provision of Federal Rule of Civil Procedure 23.

4. The Parties jointly agree and further stipulate that Final Judgment should be entered without right of appeal, with each party to bear its own costs, expenses and attorneys' fees.

The Court, after considering the Stipulation of Judgment formally agreed upon by the parties, is of the opinion that the Stipulated Judgment is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED Plaintiff take nothing on all claims asserted against Defendant.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Judgment is Final without right of appeal.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all parties shall bear their own fees and costs.

All relief not expressly granted herein is denied.

**IT IS SO ORDERED.**

 **SIGNED this 2nd day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE